**Opinion issued May 15, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00016-CV**

———————————

**KYLE FLOWERS AND RICHARD ROGGE DBA V & D PIPE CO.,**
**Appellants**

**V.**

**ERIC A. TALLEY AND SUPERIOR TANKS, Appellees**

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 66717**

## MEMORANDUM OPINION

On May 1, 2014, Appellants, Kyle Flowers and Richard Rogge, d/b/a V&D Pipe Co., filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). A certificate of conference was included indicating appellees were not opposed. No opinion has issued.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).

We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.